1  Thomas C. Frost, Esq. (185187)
2  Craig H. Wendland, Esq. (254118)
   THE FROST FIRM
3  110 West A Street, Suite 1100
   San Diego, CA 92101
4  Telephone (619)822-1740
5  Facsimile: (619)822-1744

6
   Attorneys for Petitioners
7



8              UNITED STATES DISTRICT COURT
9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10
   In re JAMS Arbitration Reference No.        Case No.:  '20CV922 H   WVG
11 1200051334:

12 BRIAN G. BERLAND, individually;
   LAURITA BERLAND, individually and          **DECLARATION OF THOMAS C.**
13 as trustee and beneficiary of the IRA FBO  **FROST IN SUPPORT OF**
   Laurita Berland; VINCENT BERLAND,          **PETITIONERS' PETITION TO**
14 individually and as trustee and beneficiary **CONFIRM TEMPORARY**
   of the IRA FBO Vincent Berland;            **RESTRAINING ORDER ISSUED**
15 ROXANE M. BLAKE, individually and          **BY ARBITRATOR** *NUNC PRO*
   as trustee and beneficiary of the IRA FBO  *TUNC*
16 Roxane M. Blake; AARON BOLLIG,
   individually; STEVE BURNS,
17 individually; TROY E. BURNS,
   individually; MICHAEL CAREY,
18 individually; PATRICK CAREY,
   individually; MICHAEL CARPENTER,
19 individually and as trustee and beneficiary
   of the Michael L Carpenter Self-Directed
20 Roth IRA; SONYA CARPENTER,
   individually and as trustee and beneficiary
21 of the Sonya L. Carpenter Self-Directed
   Roth IRA; MERRILL CONANT,
22 individually and as trustee and beneficiary
   of the IRA FBO Merrill Ray Conant,
23 ROSS EDWARDS, individually and as
   trustee and beneficiary of the IRA FBO
24 Ross Edwards; KEVIN FRALICK,
   individually; TOM GAWLICK,
25 individually; JUSTIN JONES,
   individually; WILLIAM KALAHURKA,
26 individually and as trustee and beneficiary
   of the William N. Kalahurka Self-
27 Directed Roth IRA; JEFFREY MENZIE,
   individually; PAMELA MENZIE,
28

---

FROST DECLARATION iso PETITION TO CONFIRM TRO                                Case No:

THE FROST FIRM
110 West A Street, Suite 1100
San Diego, CA 92101
TELEPHONE (619) 822-1740 · FACSIMILE (619)822-1744

1  individually; PROGENEX
2  INVESTMENT GROUP, LLC, a Missouri limited liability company; D.
3  PAUL RITTMAN, individually and as trustee and beneficiary of the IRA FBO
4  D. Paul Rittman; DAVID SCHMIDT, individually; SCOTT SCHNEIDER,
5  individually; MARK SHIELDS, individually, THE SHIELDS GROUP,
6  LLC, a Missouri limited liability company; MICHAEL SPEER,
7  individually; DENNIS STANLEY, individually; GAIL STANLEY,
8  individually; RONNIE STANLEY, individually and as trustee and beneficiary
9  of the IRA FBO Ronnie Stanley; RANDY STATEN, individually and as trustee and
10 beneficiary of the IRA FBO Randy Staten; GINA STATEN, individually and
11 as trustee and beneficiary of the IRA FBO Gina Staten; CURTIS L. THOMAS,
12 individually and as trustee and beneficiary of the IRA FBO Curtis L. Thomas;
13 NANCY L. THOMAS, individually and as trustee and beneficiary of the IRA FBO
14 Nancy L. Thomas; CAROL THOMECZEK, individually; WILLIAM
15 D. TURLEY, individually and as trustee and beneficiary of the IRA FBO William
16 D. Turley; SHERI TURLEY, individually and as trustee and beneficiary of the IRA
17 FBO Sheri Turley; GAVIN UNRUH, individually and as trustee and beneficiary
18 of the IRA FBO Gavin Unruh; KIMBERLY UNRUH, individually and
19 as trustee and beneficiary of the IRA FBO Kimberly Unruh; ANNETTA
20 VAHSHOLTZ, individually; DENNIS VAHSHOLTZ, individually and as trustee
21 and beneficiary of the IRA FBO Dennis A. Vahsholtz; RICHARD WEISER,
22 individually and as trustee and beneficiary of the IRA FBO Richard Weiser; ROGER
23 WINTER, individually and as trustee and beneficiary of the IRA FBO Roger B.
24 Winter; TIMOTHY C. WINTER, individually and as trustee and beneficiary
25 of the IRA FBO Timothy C. Winter; JIMMY WOODWARD, individually and
26 as trustee and beneficiary of the IRA FBO Jimmy Lance Woodward; LARRY
27 WOODWARD, individually; MARK ZORTMAN, individually and as trustee
   and beneficiary of the IRA FBO Mark
28

FROST DECLARATION iso PETITION TO CONFIRM TRO | Case No:

| | |
|---|---|
| 1 | Anthony Zortman; ANITA ZORTMAN, individually and as trustee and beneficiary of the IRA FBO Anita Jean Zortman; |
| 2 | |
| 3 | Petitioners, |
| 4 | |
| 5 | vs. |
| 6 | THE CONCLAVE, LLC, a Wyoming limited liability company; PROGENEX HOLDINGS, LLC, a Wyoming limited liability company (f/k/a VenturePharma, LLC); RIVERPINE, LLC, a Wyoming limited liability company; DAGOBAH, LLC, a Wyoming limited liability company; PAGE10 VENTURES, LLC, a Wyoming limited liability company; RYAN PAGE, an individual; and STEVE SHAMION, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Respondents. |

THE FROST FIRM
110 West A Street, Suite 1100
San Diego, CA 92101
TELEPHONE (619) 822-1740 · FACSIMILE (619)822-1744

FROST DECLARATION iso PETITION TO CONFIRM TRO    Case No:

I, Thomas C. Frost, declare as follows:

1. I am an attorney at law duly admitted in the State of California. I am the managing partner at The Frost Firm, counsel for the numerous Petitioners, ("Petitioners") in this matter.

2. Except as where specifically set forth, I have personal knowledge of the facts attested to herein and if called upon to testify under oath I could and would competently testify to the following.

3. I am counsel for the Petitioners in the underlying JAMS Arbitration Reference No. 1200051334 (the "Arbitration"), Arbitrator Hon. Margaret A. Nagle, (Ret.), (the "Arbitrator") presiding. The Arbitration is related to various allegations, claims and defenses surrounding the "Progenex" brand fitness supplement business enterprise.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Temporary Restraining Order/Preliminary Injunction (the "TRO") Claimants now Petition this Court to confirm as the Order of this Court. As set forth in the TRO, pursuant to the Arbitrator's authority under JAMS Rule 24, the Arbitrator issued the "asset freeze" TRO based on the Arbitrator's evidentiary findings:

    a. that certain urgent developments related to the Progenex business adversely would affect the status quo of the parties and the conservation of property and assets that are the subject of the Arbitration; and

    b. that any full and complete Final Award to which the Claimants are entitled may be rendered ineffectual without the issuance of the TRO.

5. Additionally, pursuant to the Arbitrator's urgent, emergency "asset freeze" TRO and related rulings and directives to the parties issued in connection therewith, Respondents' (now former) counsel, Brian Johnson, Esq., expressly notified his (now former) clients, in writing, by email dated January 27, 2020 (the "January 27 Notice of TRO") as follows: "EFFECTIVE IMMEDIATELY, all Respondents and/or

any persons and/or entities acting under Respondents' direction and/or in concert with Respondents" duly were enjoined from engaging in any activities in contravention of the TRO while the Arbitrator drafted and issued the written form of TRO at issue in these Petition proceedings. In his January 26 Notice of TRO, Mr. Johnson and the law firm of Strong & Hanni also memorialized their request to withdraw as counsel of record for Respondents in the Arbitration (based upon actual or potential conflicts precluding their continued representation), and requesting that Mr. Page retain and cause new counsel to substitute into the Arbitration as Respondents' new counsel so that Strong & Hanni would be granted leave to withdraw. A true and correct copy of the January 27 Notice of TRO is attached hereto as Exhibit 2.

I have prepared this declaration on May 15, 2020, in the City of San Diego, County of San Diego, State of California. I declare that the contents of this declaration are true and correct to the best of my knowledge, under penalty of perjury, under the laws of the State of California.

DATED: May 15, 2020

Submitted by,

THE FROST FIRM
THOMAS C. FROST

_____s/ Thomas C. Frost, Esq._____
Email: tfrost@thefrostfirm.com

110 West A Street, Suite 1100
San Diego, CA 92101
Telephone: 619-822-1740
Facsimile: 619-822-1741

*Attorneys for Petitioners*